UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| GWENDOLYN JO MAXWELL | CASE NO. |
| VERSUS | JUDGE |
| HOME DEPOT U.S.A., INC. | MAGISTRATE JUDGE |

### NOTICE OF REMOVAL

Defendant, Home Depot U.S.A., Inc. ("Home Depot" or "Defendant"), hereby removes the action captioned "*Gwendolyn Jo Maxwell versus Home Depot U.S.A., Inc.,*" bearing case number C-649415 on the docket of the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, to the United States District Court for the Western District of Louisiana, Shreveport Division. In support of this notice of removal, Defendant pleads the following grounds:

I.

This civil action was filed by plaintiff, Gwendolyn Jo Maxwell ("Plaintiff"), on March 22, 2024, in the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, bearing case number C-649415, seeking to recover damages for personal injuries allegedly related to an accident at a Home Depot store located in Shreveport, Louisiana.

II.

At the time of the filing of this action, Plaintiff was a resident and domiciliary of Louisiana. *See*, Petition for Damages ("Petition") attached hereto as Exhibit A, at introductory paragraph.

01336791-1

III.

Defendant, Home Depot, was at the time of the filing of this action a foreign entity incorporated under the laws of Delaware, with its principal place of business in Atlanta, Georgia.

IV.

The Petition and Citation were served on Home Depot through its registered agent for service of process on April 3, 2024. *See,* Sheriff's return attached hereto as Exhibit B.

V.

It is apparent on the face of the Petition that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Specifically, it is alleged that as a result of a trip-and-fall, Plaintiff sustained a right shoulder rotator cuff tear, together with other injuries to her right hip, right knee, right hand and cervical spine. For these alleged injuries, Plaintiff seeks to recover damages for past and future medical expenses, past and future mental and physical pain and suffering, and loss of enjoyment of life. *See*, Exhibit A, Petition at ¶¶ 14-15.

VI.

Since the date of the filing of the Petition, Home Depot, through counsel, has been advised that Plaintiff cannot stipulate to damages less than $75,000, and has received the following information:

- With regard to Plaintiff's <u>rotator cuff tear</u>, orthopedic surgeon, Dr. George W. Byram, III, has diagnosed partial thickness tears of the infraspinatus and supraspinatus tendons, for which Plaintiff is currently undergoing treatment. In addition, Plaintiff is treating with Dr. Byram for right hip and knee complaints she relates to the incident at Home Depot.

- With regard to Plaintiff's <u>cervical spine</u>, she is currently undergoing treatment with another orthopedic surgeon, Dr. Milan Mody.

VII.

Considering all of the above, this is a civil action within the original jurisdiction of the Court under the provisions of 28 U.S.C. § 1332 and is thus removable to the Court pursuant to the provisions of 28 U.S.C. §1441, *et seq*., because the action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

VIII.

This removal is timely under 28 U.S.C. §1446 (b)(1), which requires that a notice of removal be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."

IX.

In compliance with 28 U.S.C §1446(a), a copy of all process, pleadings and orders served upon Home Depot to date in state court are attached hereto as Exhibit C, *in globo*.

X.

In compliance with 28 U.S.C. §1446(d), Home Depot hereby certifies that notice of removal is being served on adverse parties, and to the Clerk of Court for the 1st Judicial District of Caddo Parish, Louisiana.

WHEREFORE, Defendant, Home Depot U.S.A., Inc., prays that this cause be removed from the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, to this Honorable Court, to proceed thereafter in the United States District Court for the Western District of Louisiana, Shreveport Division.

Respectfully submitted,

/s/  *Susan M. Caruso*
M. Davis Ready, T.A. (Bar No. 24616)
Susan M. Caruso (Bar No. 27195)
Abbey C. Barton (Bar No. 38982)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Home Depot U.S.A., Inc.
Emails:
davisr@spsr-law.com
susanc@spsr-law.com
abbeyb@spsr-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been served upon all counsel of record by facsimile, electronic mail, by hand delivery or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 3rd day of May, 2024.

/s/ *Susan M. Caruso*